**SKELTON, Respondent, v. LEHIGH VALLEY R. CO., Appellant.** (Supreme Court, Appellate Division, Third Department. September 9, 1914.) Action by Jennie P. Skelton, as administratrix, etc., against the Lehigh Valley

Railroad Company. No opinion. Transferred to Fourth Department.